

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111-3834
T 415.576.0200  F 415.576.0300

Ryan Bricker
415 273 4368
rbricker@kilpatricktownsend.com

January 30, 2012

**VIA FEDERAL EXPRESS**

Antoinette M. Tease
Vanity Shop of Grand Forks, Inc.
1001 North 25th Street
Fargo, ND 58102

Re:   Levi Strauss & Co. / **VANITY** Jeans

Dear Ms. Tease:

We are trademark counsel for Levi Strauss & Co. ("LS&Co."), owner of federal trademark Registrations Nos. 404,248; 1,139,254; and 2,794,649, among others, for its Arcuate Stitching Design Trademark (hereinafter the "Arcuate Trademark").

It has recently come to our attention that your client Vanity Shop of Grand Forks, Inc. ("Vanity") is manufacturing and distributing jeans under either the **VANITY** brand name that feature several pocket stitching designs that are confusingly similar to LS&Co.'s Arcuate Trademark. Images of the rear pockets of some of these jeans are attached.

LS&Co. is concerned that Vanity's use of these designs will create a substantial likelihood of customer confusion as to the source of **VANITY** jeans and/or the relationship between Vanity and LS&Co. Such likely confusion may give rise to claims for trademark infringement and dilution that would entitle LS&Co. to injunctive relief and monetary damages against Vanity.

LS&Co. accordingly asks that Vanity immediately cease and desist from any use of the pocket stitching designs shown in the attached photos, in addition to any similar pocket stitching designs that infringe LS&Co.'s trademarks. LS&Co. further asks that Vanity provide complete information concerning the number of units bearing these designs that it has manufactured and sold, as well as binding written assurances that it will have no future involvement in the manufacture, distribution, or sale of garments that infringe LS&Co.'s trademarks.

Antoinette M. Tease
Vanity Shop of Grand Forks, Inc.
January 25, 2012

Page 2

We look forward to your prompt response within ten (10) days from the date of this letter.

Very truly yours,

Ryan Bricker

RB/ljf
Enclosures

63944163 v1

Dakota Flare Marbled Jeans
http://www.evanity.com



Dakota Flare Jeans
http://www.evanity.com



Dakota Bootcut Jeans
http://www.evanity.com



Dakota Bootcut Triple Stitch Premium Jeans
http://www.evanity.com



Dakota Flare Leather Premium Jeans
http://www.evanity.com

