# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

Vanity Shop of Grand Forks, Inc., a  )
North Dakota corporation,            )
                                     )
        Plaintiff,                 )          **ORDER RE ADMISSION**
                                     )          **PRO HAC VICE**
    vs.                            )
                                     )
Levi Strauss & Co., a Delaware       )
Corporation,                         )
                                     )          Case No. 1:12-cv-047
        Defendants.                )

---

Before the court is the plaintiff's motion for attorney Antoinette M. Tease to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), the filing of the motion is deemed consent by Antoinette M. Tease to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Antoinette M. Tease has paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 4) is **GRANTED**. Attorney Antoinette M. Tease is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

      **IT IS SO ORDERED.**

    Dated this 10th day of May, 2012.

                        */s/ Charles S. Miller, Jr.*
                        Charles S. Miller, Jr.
                        United States Magistrate Judge